**Sourattana KEUNGMANIVONG, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–71661.**

**Agency No. A23–777–521.**

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 30, 2003.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

MEMORANDUM **

 Sourattana Keungmanivong, a native and citizen of Laos, petitions for review of a Board of Immigration Appeals' decision affirming the immigration judge's ("IJ") denial of his application for cancellation of removal, section 212(c) relief, withholding of removal, and relief under the Convention Against Torture. Keungmanivong was found removable under 8 U.S.C. § 1227(a)(2)(A)(iii), after he conceded that his conviction for receipt of stolen property under Cal.Penal Code § 496 qualified as

an aggravated felony. We lack jurisdiction to review a final order of removal based on an aggravated felony conviction, but retain jurisdiction to determine whether an individual is actually an alien removable by reason of having committed an aggravated felony. *Cedano–Viera v. Ashcroft,* 324 F.3d 1062, 1070 (9th Cir.2003).

Our decision in *Perdomo–Padilla v. Ashcroft,* 333 F.3d 964 (9th Cir.2003) forecloses Keungmanivong's contention that he is a citizen or national of the United States not subject to removal because he filed two applications for naturalization.

PETITION DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.